GREGORY CHANDLER (SBN 158260)
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958

Attorney for Respondent
Gregory Chandler

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF GREGORY CHANDLER | Case # CV 08 80088MISC VRW |
| | **NOTICE** |

According to the Court, Respondent's response in this matter is due no later than Monday, June 16, 2008.

*[signature]*

Dated: June 9, 2008

Gregory Chandler
Attorney for Respondent

NOTICE
# CV 08-80088MISC VRW