GREGORY CHANDLER (SBN 158260)
Law Offices of Gregory Chandler, P. C.
101 California Street, Suite 2450
San Francisco, CA 94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958
Attorney for Respondent
Gregory Chandler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF GREGORY CHANDLER | Case # CV 08 80088MISC VRW |
| | **RESIGNATION** |

On May 15, 2008, Gregory Chandler submitted a voluntary resignation to the Supreme Court of California and the State Bar of California.

On June 15, 2008, Gregory Chandler submits a voluntary resignation to the United States District Court, Northern District of California.

The undersigned is, therefore, no longer a member of the mentioned Courts or State Bar.

Executed under penalty of perjury under the laws of the United States of America on June 15, 2008.

Gregory Chandler

RESIGNATION
# CV 08-80088MISC VRW